```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
```

JAIME GARCIA ALVAREZ, et al.,

                Plaintiffs,

        -against-

DYCKMAN ELECTRONICS CENTER, INC., et al.,

                Defendants.

```
------------------------------------------------------------X
```

19-CV-09255 (ALC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    Due to a conflict in the court's calendar, the Initial Pretrial Conference currently scheduled for Wednesday, February 12, 2020, at 3:00 p.m. is RESCHEDULED for 2:30 p.m. that same day, in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    February 3, 2020
                 New York, New York