# Michael Faillace & Associates, P.C.

## Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                                      Telephone: (212) 317-1200
New York, New York 10165                                                        Facsimile: (212) 317-1620
————————

gnaydenskiy@faillacelaw.com

March 2, 2021

**<u>Via ECF</u>**
Honorable Judge Mary Kay Vyskocil
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:  Garcia Alvarez et al v. Dyckman Electronics Center, Inc. et al
**19-cv-09255-ALC-SN**

Your Honor:

We represent Plaintiff in the above referenced matter. We write to respectfully request the letter response to Your Honor's show cause (ECF # 46) be considered timely filed. Due to the ecf system not working properly on March 1, 2021, the undersigned was unable to file the letter response on ecf. Accordingly, as a precaution, the undersigned emailed the letter response to Your Honor's chambers. Therefore, we respectfully request our submission be considered timely filed.

Respectfully Submitted,

/s/ Gennadiy Naydenskiy
Gennadiy Naydenskiy