USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JAIME GARCIA ALVAREZ, individually and on behalf of others similarly situated,

                      Plaintiff,                      19-CV-09255 (SN)

    -against-                                  ORDER

DYCKMAN ELECTRONICS CENTER, INC., et al.,

                      Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On April 14, 2021, the Honorable Mary K. Vyskocil referred this matter to a magistrate judge for all purposes based on the consent of the parties. See 28 U.S.C. § 636(c).

       In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement agreement following a mediation. On April 8, 2021, they submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 50. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

       The Clerk of Court is respectfully directed to GRANT the motion at ECF No. 50 and close the case.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                       United States Magistrate Judge

DATED:     April 20, 2021
                New York, New York